

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Keith Bechurn Taylor, Appellant

No. 06-23-00232-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49013-B).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs and judgment of the court below.  Therefore, we strike "DC - Time Payment Fee" of $25.00 from the bill of costs.  We also modify the judgment adjudicating guilt by changing "Court Costs:  $379.00" to "Court Costs:  $354.00."  As modified, we affirm the trial court's judgment.

We note that the appellant, Keith Bechurn Taylor, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 5, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk